IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

RECEIVED

2006 AUG 22  A 9: 25

**KIMBERLEY N. HOLLEY,**

Plaintiff,

v.

Civil Action No.
2:06-cv-677

**WORLDWIDE ASSET
    PURCHASING, LLC, et al.,**

Defendants.

## NOTICE OF WITHDRAWAL OF
## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

The plaintiff, Kimberley N. Holley, by counsel hereby notifies the Court and parties in the above-styled action that she wishes to withdraw her motion for a preliminary injunction, filed previously in this matter. The motion sought a stay of an arbitration proceeding before the National Arbitration Forum (NAF) initiated by the defendants against the plaintiff pending a ruling by this court on the issue whether Ms. Holley could be compelled to submit this dispute to arbitration. Ms. Holley has been informed by the NAF that the arbitration proceeding has been dismissed, without prejudice, at the request of the defendants. Accordingly, the plaintiff's request for a preliminary injunction is now moot.

A true copy of the letter from the NAF informing Ms. Holley of the dismissal of the arbitration proceeding is attached hereto.

Respectfully submitted,

KIMBERLEY N. HOLLEY
Plaintiff
By Counsel

_____
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL  36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff


## CERTIFICATION

I hereby certify that a true copy of the foregoing Notice of Withdrawal of Plaintiff's Motion for a Preliminary Injunction, with the accompanying attachment, was mailed to the defendants c/o Danielle M. Hill, Esq., the Law Offices of Gerald E. Moore & Associates, P.C., 2253 Northwest Parkway, Suite 300B, Marietta, GA 30067 on this 21st day of August, 2006.

_____
Edward M. Wayland



NATIONAL ARBITRATION FORUM

*A FORUM Dispute Management Organization*

August 08, 2006

Kimberly Holley
c/o Edward M. Wayland
P.O. Box 17
Montgomery, AL  36101

Worldwide Asset Purchasing, LLC
c/o Law Offices of Gerald E. Moore & Assoc, P.C.
Gerald E. Moore
2253 Northwest Parkway Suite 500
Marietta, GA  30067

**RE:  Worldwide Asset Purchasing, LLC v Kimberly Holley**
**File Number:  FA0605000721187**
**Claimant Account Number:  5488975020191329**
**Claimant Reference Number:  01157233**

Dear Parties:

The Claimant requested this matter be Dismissed.  Pursuant to Rule 40 of the Code of Procedure, the Forum has granted the Dismissal, and the above matter is Dismissed without Prejudice.

This case is now closed with the National Arbitration Forum.  All future inquiries regarding this case should be directed to the opposing party.

Sincerely,

*Jill Surine*

Jill H Surine
Case Coordinator