IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLEY N. HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv677-CSC |
| | ) |
| WORLDWIDE ASSET | ) |
| PURCHASING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 3, 2006, the plaintiff filed a motion for a preliminary injunction. (Doc. # 2). On August 22, 2006, the plaintiff filed a notice of withdrawal of the motion for preliminary injunction which the court construes as a motion to withdraw the motion for preliminary injunction. (Doc. # 4). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw the motion for preliminary injunction be and is hereby GRANTED.

Done this 23rd day of August, 2006.

                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE