ORDER #6 DOCKETED IN THIS CASE IN ERROR. THIS ORDER IS HEREBY STRICKEN FROM THE RECORD.