**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WORLDWIDE ASSET PURCHASING, LLC
c/o LAW OFFICES OF
GERALD E. MOORE + ASSOC., P.C.
2153 NORTHWEST PKWY, S.E.
SUITE 500
MARIETTA, GA 30067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Derek Gilmore
B. Date of Delivery: 9/5/6
C. Signature:
X [signature]   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

2:06CV677

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7006 0100 0003 2060 3914

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952