| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) Derek Gilmore  B. Date of Delivery 9/6/6<br>C. Signature X [signature] ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Law Offices of Gerald E.<br>Moret Assoc., P.C.<br>2253 Northwest Pkwy, S.E.<br>Suite 500<br>Marietta, GA 30067 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV677<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 2060 3921 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952