**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANIELLE M. HILL, ESQ.
LAW OFFICES OF GERALD E.
MOORE + ASSOC, P.C.
2253 NORTHWEST PKWY, S.E.
SUITE 500
MARIETTA, GA 30067

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*   |   B. Date of Delivery

C. Signature
X   ☐ Agent
    ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

2:06 CV677

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number *(Copy from service label)*

7006 0100 0003 2060 3938

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952