**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Kimberley N. Holley vs. Worldwide Asset Purchasing, et al
      Civil Action No. 2:06cv677-CSC

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 2:06cv677-WKW. This new case number should be used on all future correspondence and pleadings in this action.