| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) J. Veal    B. Date of Delivery 10/5/6<br>C. Signature  X James V.    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:06 cv 677-CSC |
| 1. Article Addressed to:<br><br>DANIELLE M. HILL<br>c/o LAW OFFICES OF<br>GERALD E. MOORE., P.C.<br>2253 NORTHWEST PKWY<br>SUITE 500<br>MARIETTA, GA 30067 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)  7004 1160 0003 5802 9817 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952