IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

**KIMBERLEY N. HOLLEY,**

      **Plaintiff,**

v.

                                                Civil Action No.
                                               2:06-cv-677-WKW

**WORLDWIDE ASSET**
      **PURCHASING, LLC, et al.,**

      **Defendants.**

**NOTICE OF SERVICE OF RULE 26(a) DISCLOSURES
BY PLAINTIFF**

      I hereby give notice that on November 6, 2006, the undersigned counsel for the plaintiff in the above-styled matter served a copy of her initial disclosures under Rule 26(a) by mailing a copy to counsel for the defendants.

                                          Respectfully submitted,

                                          KIMBERLEY N. HOLLEY
                                          Plaintiff
                                          By Counsel

s/ Edward M. Wayland_____
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff

CERTIFICATION

    I hereby certify that on the 6th day of November, 2006, I electronically filed the foregoing Notice of Service of Rule 26(a) Disclosures by Plaintiff with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Neal D. Moore, III, Esq., Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL  35243, counsel for defendants.

                                                s/ Edward M. Wayland____
                                                Edward M. Wayland