IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLEY N. HOLLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-677-WKW |
| ) | |
| WORLDWIDE ASSET PURCHASING, ) | |
| LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It has been brought to the court's attention that the Clerk of the Court docketed this case as a Northern Division case in error. Accordingly, it is hereby

ORDERED that the caption of this case is changed to reflect that this action is one brought within the Southern Division of the Middle District of Alabama. The parties are directed to use the new caption as it appears on this Order for all future submissions to the court.

DONE this 22nd day of November, 2006.

                                         /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE