IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

**KIMBERLEY N. HOLLEY,**

    **Plaintiff,**

v.

                                          Civil Action No.
                                          1:06-cv-677-WKW

**WORLDWIDE ASSET**
    **PURCHASING, LLC, et al.,**

    **Defendants.**

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

      The plaintiff, Kimberley N. Holley, by counsel, hereby moves this Court for partial summary judgment under the provisions of Rule 56 of the Federal Rules of Civil Procedure. Specifically, the plaintiff asks the Court to grant her a declaratory judgment stating that she was never a party to the credit card agreement which gave rise to this action and that she owes no debt under that agreement. The plaintiff also asks the Court to rule that the defendants violated the provisions of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. The plaintiff asks this Court to reserve the issue of damages for this cause of action for a resolution at trial.

      In support of her motion, the plaintiff states the following:

      1. This action arose as a result of certain actions taken by the defendants, who are business entities and individuals engaged in the business of collecting debts, to collect a sum claimed as due from the plaintiff on a credit card account.

      2. The plaintiff denies liability for the sums claimed as due, because the credit card account involved was not her account. She had no knowledge of the account, and she never used

the account.

3. In this action, the plaintiff seeks a declaratory judgment that, contrary to the claims of the defendants, she does not owe the sums claimed as due for the credit card debt because it was never her account. She also seeks damages against the defendants because of their actions in trying to collect the sums claimed as due on the credit card account on the grounds that those actions violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*.

5. There is no genuine dispute as to any material fact relating to the plaintiff' request for a declaratory judgment that she does not owe the debt claimed as due by the defendants, and as a matter of law she is entitled to a declaratory judgment on this issue. In addition, there is no genuine dispute as to any material fact relating to the liability of the defendants to the plaintiff regarding her claims for violations of the FDCPA, and she is entitled to judgment as a matter of law on the defendants' liability based on this claim.

In further support of this motion for partial summary judgment, the plaintiff submits the accompanying Declarations and Exhibits and her Memorandum in Support.

WHEREFORE, the plaintiff moves this Court under the provisions of Rule 56 for the entry of summary judgment in her favor declaring that she does not owe the credit card debt, and she further asks for the entry of summary judgment in her favor on the issue of the liability of the defendants under her cause of action for violation of the FDCPA. The plaintiff asks in addition for such other and further relief as to this Court shall seem just and proper.

                Respectfully submitted,

                KIMBERLEY N. HOLLEY
                Plaintiff
                By Counsel

s/ *Edward M. Wayland*
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff

## CERTIFICATION

I hereby certify that a true copy of the foregoing Plaintiff's Motion for Partial Summary Judgment was filed with this Court using the EC/EMF filing system on this 27th day of April, 2007, and that this Court will electronically deliver a copy to Neal D. Moore, III, Esq., Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL  35243, counsel for defendants.

s/ *Edward M. Wayland*
Edward M. Wayland