**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

May 10, 2007

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      Kimberley N. Holley v. Worldwide Asset Purchasing, LLC, et al.

**Case Number:**     #1:06-cv-00677-WKW

**Referenced Document:**    Document #31
                            Notice of Filing of Exhibits

**This notice has been docketed to enter the redacted pdfs of the exhibits to the referenced document into the record. The original attachments contained unredacted copies.**

**The pdfs of the redacted exhibits are attached to this notice.**

EXHIBIT "B"

Toll Free  (866) 252-9284
Facsimile  (770) 618-2227

ψ Gerald E. Moore, Esq.
✦ John M. Duffoo, Esq.
• Yale L. Hollander, Esq.
◊ Danielle M. Hill, Esq.
∗ Janne McKamey Lopes, Esq.

GEMA Hours of Operation
Mon. - Thurs 8am - 9pm EST
Friday 8am - 5pm EST



LAW OFFICES OF
# GERALD E. MOORE & ASSOCIATES, PC
P.O. Box 672257
Marietta, Georgia 30006

April 10, 2006

*PERSONAL & CONFIDENTIAL*



Name of Creditor:   Worldwide Asset Purchasing, LLC
                    *successor in interest to* Household Bank (SB), N.A.
Account Number:     ███████████
Amount of Claim:    $1,396.80
GEMA No.            01157233

Dear ███████████

    Please be advised that your account has been placed with our office for collection. Your account was assigned by Worldwide Asset Purchasing, LLC, which has acquired a Household Bank (SB), N.A. portfolio and as such, this office is handling the collection of your Household Bank (SB), N.A. debt.

    Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writting within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

    The purpose of this letter is an attempt to collect a debt. Any information obtained will be used for that purpose. To ensure professional service and legal compliance, all incoming and outgoing calls in this facility are subject to monitoring by management.

Sincerely,

By: _____
Danielle M. Hill, Esq.

ψ Admitted in Georgia &
   California
✦ Admitted in Georgia
• Admitted in Missouri &
   North Carolina
◊ Admitted in Georgia
∗ Admitted in Georgia

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

***SEE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION***

# EXHIBIT "C"

May 18, 2006



Name of Creditor:   Worldwide Asset Purchasing, LLC *successor in interest to* Household Bank (SB), N.A.
Account Number:
Amount of Claim:    $1,419.11
GEMA No.            01157233

## NOTICE OF INTENT TO ARBITRATE & 80% SETTLEMENT OFFER

Dear

It is this firm's understanding that you have sufficient resources with which to make a settlement of this account, but you have failed to do so. Due to your refusal to make suitable arrangements for settlement my client shall elect to enforce its remedy under your card member agreement: the submission of this claim to binding arbitration before the National Arbitration Forum.

The original contract you entered into with Household Bank (SB), N.A. provides for the resolution of claims or disputes by means of binding arbitration:

"You agree any claim, dispute or controversy (whether based upon contract, tort, intentional or otherwise; constitution; statute; common law; or equity and whether pre-existing, present or future), including initial claims, counter-claims, cross-claims and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, including the validity or enforceability of this arbitration clause, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed."

Arbitration proceedings may result in an award, which may be entered as a judgment and enforced to the fullest extent of the law. In the event that an arbitration award is ultimately obtained, local counsel admitted to the practice of law in your jurisdiction will be retained to pursue legal remedies based upon such an award.

*At this time, my client would like to offer you the opportunity to settle your account for 80% of your current balance as listed above.* Receipt of these monies within ten (10) days from receipt of this letter will prevent the filing of a claim. If you are unable to take advantage of this one-payment settlement offer, we wish to give you the opportunity to honor your outstanding obligation by making monthly payments. In order to set-up acceptable payment arrangements, please contact us directly at (866) 252-9284.

Thank you for your cooperation. We look forward to the amicable resolution of this account.

Sincerely,

By: _____
    Gerald E. Moore and Associates, PC

EXHIBIT "D"

IN THE
NATIONAL ARBITRATION FORUM

CLAIM

Worldwide Asset Purchasing, LLC
c/o Law Offices of Gerald E. Moore & Assoc., P.C.
2253 Northwest Parkway
Suite 500
Marietta, GA 30067
USA

        **CLAIMANT,**

        **RE:** Worldwide Asset Purchasing, LLC v Kimberly Holley
        **Forum File Number:** FA0605000721187
        **Account No.:** ▉▉▉▉▉▉▉▉▉▉
        **Claimant Reference No.:** 01157233



        **RESPONDENT(S),**

**RESPONDENT(S): THIS IS AN ARBITRATION CLAIM AGAINST YOU FOR MONEY OR OTHER RELIEF. YOU HAVE THIRTY (30) DAYS TO SERVE THE CLAIMANT WITH A WRITTEN RESPONSE. IF YOU DO NOT SERVE THE CLAIMANT AND FILE WITH THE NATIONAL ARBITRATION FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU.**

For a Claim against Respondent(s), Worldwide Asset Purchasing, LLC states:

1. By way of contract and retention and use of the credit card issued by Household Bank (SB), N.A. ("Household"), Respondent(s) became bound by the terms of the Household Credit Card Agreement ("Agreement") a true and correct copy is attached hereto as Exhibit "A". Claimant is the successor in interest to said issuer Household by way of the purchase of the above-referenced account of Respondent(s).

2. As stated in The Agreement, Exhibit "A":

   "We [Household] may sell, assign or transfer your Agreement and Account or any portion thereof without notice to you."

3. The Agreement between the parties contained an arbitration provision that stated, in pertinent part:

   "You agree any claim, dispute, or controversy (whether based upon contract; tort, intentional or otherwise; constitution; statute; common law; or equity and whether pre-existing, present or future), including initial claims, counter-claims, cross-claims and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, including the validity or enforceability of this arbitration clause, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to the arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed."

4. Despite repeated attempts by both Worldwide Asset Purchasing, LLC and now its Counsel, the Law Office of Gerald E. Moore & Associates, P.C. to resolve this matter, Respondent(s) has/have not paid the amounts due.

5. Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Worldwide Asset Purchasing, LLC, as successor in interest to Household. On May 31, 2004, the Respondent(s) came into default. Taking into consideration all payments, credits and/or setoffs since that time, Respondent(s) owe(s) the principal amount of $973.43 to date.

6. Respondent(s)'s account charged-off with a default interest rate of 23.90%. Worldwide Asset Purchasing, LLC, as successor in interest to Household, has accrued interest at this rate as the Agreement entitles.

7. Respondent(s) is/are indebted to Worldwide Asset Purchasing, LLC, as successor in interest to Household, for interest accrued since the time of charge-off in the amount of $455.24.

8. Pursuant to the choice of law provision in the Agreement the laws of Nevada govern this arbitration proceeding:

> "This agreement and your Account will be governed by federal law and the laws of the state of Nevada, whether or not you live in Nevada and whether or not your Account is used outside Nevada."

9. And as such, pursuant to NV ST 69.030, Claimant is entitled to recover attorneys' fees: "the prevailing party in any civil action at law in the justices' courts of this State shall receive, in addition to the costs of court as now allowed by law, a reasonable attorney fee".

10. Therefore, the claimant may seek reasonable attorney's fees as the Cardmember agreement states the following:

> "You will pay our court costs, reasonable attorneys' fees and other collection costs related to the default to the extent permitted by the law in the state in which you reside"

WHEREFORE, Claimant prays that an Award is granted against Respondent in the following manner:
    a. For the principal amount reflected in Paragraph 5 in the amount of $973.43,
    b. For interest at the time of filing in the amount of $455.24 and interest accrued since the time of filing at the rate of 23.90%,
    c. For reasonable attorney's fees in the amount of $214.30, pursuant to NV ST 69.030,
    d. For any and all fees associated with this action,
    e. For any and all costs associated with the service of process of this action,
    f. For such other and further relief as the court deems just and proper.

The undersigned asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate.

RESPONDENT(S) MUST SEND A WRITTEN RESPONSE TO THE NATIONAL ARBITRATION FORUM, WITH A COPY TO THE CLAIMANT, WITHIN 30 DAYS OR AN AWARD MAY BE ENTERED IN FAVOR OF THE CLAIMANT.

_____
Danielle M. Hill, Esq.
For Claimant

Claimant Contact:
Law Offices of Gerald E. Moore & Assoc., P.C.
ATTN: Gerald E. Moore
2253 Northwest Parkway
Suite 300B
Marietta, GA 30067
(866) 252-9284

THIS COMMUNICATION IS FROM A DEBT COLLECTOR IN AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT "F"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLEY N. HOLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-cv-677-WKW |
| | ) | |
| WORLDWIDE ASSET PURCHASING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSES TO DEFENDANTS' INTERROGATORIES**

The plaintiff, Kimberley N. Holley, in accordance with the provisions of Rule 33 of the Federal Rules of Civil Procedure, states the following in response to the Interrogatories propounded to her by the defendants in the above-entitled matter:

1. Please state your full name, present address, date of birth, place of birth, and social security number. Note for purposes of compliance with the E-Government Act of 2002, this information can and should be provided to counsel separately rather than included in a pleading.

Response:

Name: ███
Address: ███
DOB: ███
Place of birth: ███
SSN: ███

    *10. Please identify all individuals to whom you claim a defamatory statement was made. Include in your answer the address for the individual and the content of the defamatory statement.*

    Response: National Arbitration Forum and persons employed there. The statements were those contained in the claim sent to the NAF stating that I owed money.

    Also any statements made by the defendants or their agents about me owing the credit card debt to any other persons in their efforts to collect this debt. I do not know the identity of such persons, but employees of the defendants told me they had talked with other people.

    *11. Please describe any damage to your good name and reputation that has resulted from the alleged defamatory statements.*

    Response: It is damaging to anyone's good name to have someone say they owe a debt which is due and which they have not paid.

    *12. Please state whether you are claiming you have been denied any credit opportunity or suffered any adverse credit action (increase in interest rate, decrease in credit balance, etc.) which you attribute exclusively to the conduct as described in this Complaint. For each episode described herein, please identify the credit provider or vendor involved, and please provide any and all documentation evidencing these allegations and claimed damages.*

    Response: None.

    *13. If you have seen a different healthcare provider for the serious emotional distress, fear, anger, shame and mental anguish itemized in paragraph 54 of the Complaint, and the medical provider seen for the damages claimed in paragraph 37 of the Complaint, please identify those healthcare providers here.*