IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLEY N. HOLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-cv-677-WKW |
| | ) | |
| WORLDWIDE ASSET | ) | |
| PURCHASING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

COMES NOW the plaintiff, by and through counsel, and the defendant, by and through counsel, and jointly request this Honorable Court to enter the attached Protective Order to allow for the production of certain confidential and sensitive materials between the parties while protecting the producing party from unnecessary disclosure.

                                              Respectfully Submitted,

                                              /s/ Edward M. Wayland
                                              Edward M. Wayland
                                              Attorney for Plaintiff

OF COUNSEL:
Post Office Box 17
Montgomery, Alabama 36101

                                              /s/ Neal D. Moore, III
                                              Neal D. Moore, III
                                              Attorney for Defendant

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205)879-8722

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLEY N. HOLLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-cv-677-WKW |
| ) | |
| WORLDWIDE ASSET ) | |
| PURCHASING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**PROTECTIVE ORDER**

This matter having come before the Court upon the joint motion of the parties for the entry of a Protective Order, the Court having considered the merits of the motion and recognizing the confidential and sensitive nature of the requested discovery, and being familiar with the facts and circumstances of this case, does hereby **ORDER** as follows:

1.  That the defendant produce copies of the contract and other documents evidencing the purchase of this debt, redacted to eliminate information about other accounts simultaneously purchased and/or the amount of purchase.

2.  The material produced pursuant to this order shall be used exclusively for the continued litigation of this matter. Use of the material produced pursuant to this order in any other litigation or claim is strictly prohibited.

3.  The plaintiff shall maintain control over all copies of the produced material but shall not retain either copies of the produced material or the original material following the conclusion of this litigation. The plaintiff shall return the original material and all copies to Neal D. Moore, counsel for the defendant, at the following address: Ferguson, Frost & Dodson,

L.L.P., 2500 Acton Road, Suite 200, Birmingham, Alabama 35243, with the exception that any copies bearing attorney notes or other privileged information shall be destroyed by counsel for the plaintiff within 10 days of the final resolution of this matter.

4. The material produced pursuant to this order shall be shown only to the plaintiff, plaintiff's lawyers, employees of the plaintiff's lawyer's law firm, and third-party experts <u>only</u> to the extent necessary to prepare for the present litigation. Prior to production to any other lawyer or third party expert, the plaintiff must advise counsel for the defendant of the entity to whom the material will be produced such that the defendant has an opportunity to timely object prior to production.

5. All of the lawyers and employees at plaintiff's lawyer's law firm are bound by this Order. Any third party expert or consultant to whom this material is produced shall be bound by the terms and conditions of this protective order. No third-party shall make, keep, or retain copies of the materials produced subject to this order.

**DONE** and **ORDERED** this _____ day of _____, 2007.

_____
CIRCUIT COURT JUDGE

cc:   Ed Wayland, Esq.
      Neal D. Moore, III, Esq.