IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLEY N. HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-677-WKW |
| | ) |
| WORLDWIDE ASSET | ) |
| PURCHASING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, L. Jackson Young, Jr., of the law firm of Ferguson, Frost & Dodson, LLP, hereby files his notice of appearance on behalf of Defendants Worldwide Asset Purchasing, LLC, Law Offices of Gerald E. Moore & Associates, P.C., Gerald E. Moore, individually, and Danielle M. Hill, and does hereby request to be served on all further and future notices, pleadings, and orders in this matter at the following address:

>Ferguson, Frost & Dodson, LLP
>2500 Acton Road, Suite 200
>Birmingham, Alabama 35243
>(205) 879-8722 – telephone
>(205) 879-8831 – telecopier
>E-Mail:  ljy@ffdlaw.com

>/s/  L. Jackson Young, Jr.
>L. Jackson Young, Jr. (YOU035)
>*Attorney for Defendants Worldwide Asset*
>*Purchasing, LLC, Law Offices of Gerald E.*
>*Moore & Associates, P.C., Gerald E. Moore,*
>*individually, and Danielle M. Hill*

Of Counsel:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
205-879-8722 – telephone
205-879-8831 – telecopier

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this the 21st day of May, 2007, served a copy of the foregoing pleading electronically via CM/ECF system on the following counsel of record:

Edward M. Wayland, Esq.
Post Office Box 17
Montgomery, Alabama 36101

                                                /s/  L. Jackson Young, Jr.
                                                Of Counsel

147121