**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
Southern Division

**KIMBERLEY N. HOLLEY,**

      Plaintiff,

v.

                                              Civil Action No.
                                              1:06-cv-677-WKW

**WORLDWIDE ASSET**
      **PURCHASING, LLC, et al.,**

      Defendants.

**STIPULATION OF DISMISSAL OF**
**PLAINTIFF'S CAUSE OF ACTION FOR DEFAMATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, by their counsel, hereby stipulate to dismissal of the plaintiff's cause of action for defamation in the above-entitled action. This dismissal is with prejudice, with each party to bear their own costs and fees.

This Stipulation of Dismissal does not apply to the plaintiff's other causes of action in this matter. It is the plaintiff's intention to proceed with those other claims.


s/ Edward M. Wayland                            s/Neal D. Moore, III
Edward M. Wayland, Esq.                     Jon B. Minchin, Esq.
AOC # WAY004                                Neal D. Moore, III, Esq.
P.O. Box 17                                       Ferguson, Frost & Dodson, LLP
Montgomery, AL   36101                  2500 Acton Road, Suite 200
(334) 834-9901                                 Birmingham, AL   35243
(334) 264-8742 (fax)                        (205) 879-8722
e-mail:  edwayland@yahoo.com          (205) 873-8831 (fax)
                                                   e-mail:  ndm@ffdlaw.com

Counsel for Plaintiff

                                                   Counsel for Defendants