IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLEY N. HOLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:06cv677-WKW |
| | ) | |
| WORLDWIDE ASSET | ) | |
| PURCHASING, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the parties' joint motion for a protective order (doc.

# 33).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for a protective order (doc. # 33) be and is hereby

GRANTED.

It is further **ORDERED** as follows:

1.     That the defendant produce copies of the contract and other documents

evidencing the purchase of this debt, redacted to eliminate information about other accounts

simultaneously purchased and/or the amount of purchase.

2.     The material produced pursuant to this order shall be used exclusively for the

continued litigation of this matter.  Use of the material produced pursuant to this order in any

other litigation or claim is strictly prohibited.

3.     The plaintiff shall maintain control over all copies of the produced material but

shall not retain either copies of the produced material or the original material following the

conclusion of this litigation.  The plaintiff shall return the original material and all copies to

Neal D. Moore, counsel for the defendant, at the following address:  Ferguson, Frost &

Dodson, L.L.P., 2500 Acton Road, Suite 200, Birmingham, Alabama 35243, with the

exception that any copies bearing attorney notes or other privileged information shall be

destroyed by counsel for the plaintiff within 10 days of the final resolution of this matter.

4.     The material produced pursuant to this order shall be shown only to the

plaintiff, plaintiff's lawyers, employees of the plaintiff's lawyer's law firm, and third-party

experts only to the extent necessary to prepare for the present litigation.  Prior to production

to any other lawyer or third party expert, the plaintiff must advise counsel for the defendant

of the entity to whom the material will be produced such that the defendant has an

opportunity to timely object prior to production.

5.     All of the lawyers and employees at plaintiff's lawyer's law firm are bound by

this Order.  Any third party expert or consultant to whom this material is produced shall be

bound by the terms and conditions of this protective order.  No third-party shall make, keep,

or retain copies of the materials produced subject to this order.

Done this 24th day of May, 2007.


            /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE