IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY N. HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-677-WKW |
| | ) |
| WORLDWIDE ASSET PURCHASING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion to Place Exhibits Under Seal (Doc. # 40), it is ORDERED that the motion is GRANTED. The Clerk is DIRECTED to place the Purchase Sales Agreement under seal. The plaintiff shall SHOW CAUSE, if any, on or before May 31, 2007, why the Purchase Sales Agreement should not be sealed.

DONE this 25th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE