IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

**KIMBERLEY N. HOLLEY,**

      **Plaintiff,**

v.

                                            Civil Action No.
                                            1:06-cv-677-WKW

**WORLDWIDE ASSET**
      **PURCHASING, LLC, et al.,**

      **Defendants.**

### NOTICE CONCERNING SETTLEMENT CONFERENCE
### AND MEDIATION

In accordance with Section 3 of the Uniform Scheduling Order entered by the Court in this action on October 27, 2006, Edward M. Wayland, counsel for the plaintiff, and Neal D. Moore, III, counsel for all defendants, met for a face-to-face settlement conference on May 23, 2007. The parties were unable to reach a settlement. Counsel also discussed mediation and are of the opinion that mediation would not be helpful at this time in settling the dispute between the parties.

                                            Respectfully submitted,

                                            s/ *Edward M. Wayland*
                                            Edward M. Wayland, Esq.
                                            AOC # WAY004
                                            P.O. Box 17
                                            Montgomery, AL   36101
                                            (334) 834-9901
                                            (334) 264-8742 (fax)
                                            e-mail:  edwayland@yahoo.com

                                            Counsel for Plaintiff

CERTIFICATION

I hereby certify that a true copy of the foregoing Notice Concerning Settlement Conference and Mediation was filed with this Court using the CM/ECF filing system on this 29th day of May. 2007, and that this Court will electronically deliver a copy to Neal D. Moore, III, Esq., Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, counsel for defendants.

s/ *Edward M. Wayland*
Edward M. Wayland