IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

**KIMBERLEY N. HOLLEY,**

  **Plaintiff,**

v.

                 Civil Action No.
                 1:06-cv-677-WKW

**WORLDWIDE ASSET**
  **PURCHASING, LLC, et al.,**

  **Defendants.**

### MOTION TO EXTEND THE DISCOVERY DEADLINE

  The plaintiff, Kimberley N. Holley, by counsel, hereby moves this Court for an Order extending the deadline for completion of discovery in the above-entitled matter. In support of this motion, the plaintiff states:

  1. Under the terms of Section 7 of the Uniform Scheduling Order entered by this Court on October 27, 2006, all discovery is to be completed by July 19, 2007.

  2. On April 27, 2007, the plaintiff filed with the Court a motion for partial summary judgment. On April 30, 3007, the defendants filed their own motion for partial summary judgment.

  3. All briefs in support and in opposition to these motions have been filed with the Court, and the issues raised are now before the Court awaiting resolution.

  4. None of the parties has taken any depositions to date. The plaintiff desires to engage in additional discovery by taking the deposition of defendant Danielle M. Hill and possibly taking the deposition of a witness designated by defendant Worldwide Asset Purchasing, Inc.

under Rule 30(b)(6).

5. The issues on which the plaintiff will need to question Ms. Hill and the Worldwide witness will depend to a great extent on the Court's rulings on the pending summary judgment motions. If the plaintiff is forced to do these depositions without the benefit of the Court's rulings, then both she and the defendants will be forced to spend time and money in ways which may prove to be unnecessary and wasteful.

6. The plaintiff therefore asks this Court to extend the deadline for completing discovery to a date 21 days following the date on which the Court issues its rulings on the summary judgment motions.

7. Counsel for the plaintiff has advised counsel for the defendants of his intention to ask this Court to extend the discovery deadline and has invited him to join in a joint motion or, if not, whether he would oppose the motion. Despite being asked several times about this, counsel for the defendants has not advised counsel for the plaintiff of his position on this motion.

WHEREFORE, for the foregoing reasons, the plaintiff, by counsel, moves this Court for an Order extending the deadline for completing discovery until a date 21 days following the date on which the Court issues its rulings on the pending summary judgment motions.

Respectfully submitted,

KIMBERLEY N. HOLLEY
Plaintiff
By Counsel

/*Edward M. Wayland*/
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL  36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff

CERTIFICATION

I hereby certify that a true copy of the foregoing Plaintiff's Motion to Extend the Discovery Deadline was filed with this Court using the CM/ECF filing system on this 13th day of July, 2007, and that this Court will electronically deliver a copy to Neal D. Moore, III, Esq., Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL  35243, counsel for defendants.

s/ *Edward M. Wayland*
Edward M. Wayland