**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **KIMBERLY N. HOLLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 1:06-cv-677-WKW** |
| | ) |
| **WORLDWIDE ASSET** | ) |
| **PURCHASING, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Motion to Extend Discovery Deadline filed by plaintiff (Doc. #46), it is ORDERED that the motion is DENIED.

DONE this 18th day of July, 2007.

                                        /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE