**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLEY N. HOLLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:06-cv-677-WKW** |
| | ) | |
| **WORLDWIDE ASSET** | ) | |
| **PURCHASING, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO CONTINUE PRE-TRIAL HEARING**

This case is currently set for a pre-trial hearing on August 2, 2007. The undersigned counsel has a pre-existing personal trip that will require him to be out of town that day. Because the Court will entertain oral argument on all motions which have not received a ruling, and because there are dueling Motions for Summary Judgment, the undersigned counsel of recor

d wants to be present if at all possible. It is for this reason that the undersigned counsel ask this Court to reschedule the hearing for some date other than August 2-3, 2007.

At risk of antagonizing the Court, the undersigned counsel also represents he will be teaching a continuing legal education seminar in Atlanta on August 9-10, 2007, and further begs for the Court's indulgence not to reset the pre-trial conference on those dates, to the extent the Court is willing to reschedule the matter at all.

The defendant submits that rescheduling this hearing will not damage the substantive rights of the parties. The defendant has contacted opposing counsel to obtain consent but at the time this motion is filed has not received a response.

Respectfully Submitted,


/s/ Neal D. Moore, III_____.
Neal D. Moore, III (ASB-3971-M73N)


**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205)879-8722

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 24th day of July, 2007, served a copy of the foregoing pleading electronically via the CM/ECF system on the following counsel of record:

Edward M. Wayland, Esq.
Post Office Box 17
Montgomery, Alabama 36101



___/s/ Neal D. Moore, III_____.
OF COUNSEL