IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

**KIMBERLEY N. HOLLEY,**

      **Plaintiff,**

v.

                                                     Civil Action No.
                                                    1:06-cv-677-WKW

**WORLDWIDE ASSET**
      **PURCHASING, LLC, et al.,**

      **Defendants.**

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
TO CONTINUE PRE-TRIAL HEARING**

In its Scheduling Order entered on October 27, 2006, and in its Order Setting Pre-Trial Hearing entered on July 19, 2007, this Court scheduled a final Pre-Trial Hearing in the above-styled matter for August 2, 2007 at 11:00 a.m. in Dothan, Alabama.  On July 24, 2007, the defendants filed a motion asking this Court to postpone the Pre-Trial Hearing to a later date due to scheduling conflicts for defendants' lead counsel.

The plaintiff, Kimberley N. Holley, by counsel, hereby advises the Court that she does not object to the Defendants' motion to postpone the Pre-Trial Hearing, provided that any such postponement does not cause the trial of this matter to be delayed and that provided further that the new date is not set for August 3, 2007, or August 8, 2007, as counsel for the plaintiff has previous commitments on those dates.

Because counsel for the plaintiff is located in Montgomery and counsel for the defendants is located in Birmingham, counsel for the plaintiff respectfully points out that the Pre-

Trial Hearing could be held in Montgomery if that would be more convenient given the Court's schedule.

The plaintiff also respectfully suggests that if the Court agrees to re-schedule the Pre-Trial Hearing, then the deadline set by the Court's Scheduling Order of October 27, 2006 for the parties to file lists of witnesses and exhibits, currently set for August 8, 2007, should also be adjusted so that the parties have at least one week following the Pre-Trial Hearing to file these lists. The deadlines set by the Scheduling Order for information related to depositions do not need to be changed, as no depositions have been taken in this matter.

        Respectfully submitted,

        KIMBERLEY N. HOLLEY
        Plaintiff
        By Counsel

s/ *Edward M. Wayland*
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff

CERTIFICATION

    I hereby certify that a true copy of the foregoing Plaintiff's Response to the Defendants' Motion to Continue Pre-Trial Hearing was filed with this Court using the CM/ECF filing system on this 25th day of July, 2007, and that this Court will electronically deliver a copy to Neal D. Moore, III, Esq., Jonathon Brock Minchin, Esq., and Leilus Jackson Young, Jr., Esq., Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, counsel for defendants.

                                                 s/ *Edward M. Wayland*
                                                 Edward M. Wayland