IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY N. HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-677-WKW |
| | ) |
| WORLDWIDE ASSET PURCHASING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' unopposed Motion to Continue Pre-Trial Hearing (Doc. # 50), it is ORDERED that the motion is GRANTED. The pre-trial hearing is CONTINUED **from August 2, 2007 to August 16, 2007 at 10:00 a.m. in Courtroom 2E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.**

DONE this 26th day of July, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE