IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLEY N. HOLLEY,** )<br>  )<br>      **Plaintiff,** )<br>  )<br>   v.  )<br>  )<br>**WORLDWIDE ASSET** )<br>**PURCHASING, LLC,** *et al.*, )<br>  )<br>      **Defendants.** ) | **CASE NO. 1:06-cv-677-WKW** |

## ORDER

The parties having informed the court that this case is settled, it is ORDERED:

(1)    This case is removed from the September 17, 2007 trial docket, and is continued generally;

(2)    The pretrial conference set for August 16, 2007 (Doc. # 52) is **CANCELLED;**

(3)    The parties shall file their dismissal papers with the Clerk on or before **August 27, 2007**.

DONE this 13th day of August, 2007.

　　　　　　　　　　　　　　    /s/   W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE