IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

**KIMBERLEY N. HOLLEY,**

      **Plaintiff,**

v.

                                            Civil Action No.
                                          1:06-cv-677-WKW

**WORLDWIDE ASSET**
      **PURCHASING, LLC, et al.,**

      **Defendants.**

## JOINT MOTION TO EXTEND THE DEADLINE
## TO SUBMIT DISMISSAL PAPERS

The parties to the above action having advised the Court that they had reached a settlement of their dispute, on August 13, 2007, this Court entered an Order (Doc. No. 53) which, among other things, required the parties to file dismissal papers with the Clerk of the Court on or before August 27, 2007. The parties have not completed certain tasks relating to the settlement, and they join in asking this Court to extend its deadline for submitting dismissal papers by two weeks, to September 10, 2007.

WHEREFORE, for the foregoing reasons, all the parties to the above-styled action move this Court to amend its Order of August 13, 2007, to extend their deadline for filing dismissal papers with the Court to September 10, 2007.

                                                          Respectfully submitted,

                                                          KIMBERLEY N. HOLLEY
                                                          Plaintiff
                                                          By Counsel

        WORLDWIDE ASSET PURCHASING, LLC
        LAW OFFICES OF GERALD E. MOORE, P.C.
        GERALD E. MOORE
        DANIELLE M. HILL

        Defendants
        By Counsel


s/ *Edward M. Wayland*
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff


s/ Neal D.  Moore, III
Neal D. Moore, III, Esq.
AOC #MOO073
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL   35243
(205) 879-8722
(205) 873-8831 (fax)
e-mail:  ndm@ffdlaw.com

Counsel for Defendants