IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY N. HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:06-CV-0677-WKW |
| | ) |
| WORLDWIDE ASSET PURCHASING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Motion to Extend the Deadline to Submit Dismissal Papers (Doc. # 54), it is ORDERED that the motion is GRANTED. The deadline to file dismissal papers with the Clerk of the Court is extended from August 27, 2007 to **September 10, 2007.**

DONE this 27th day of August, 2007.

      /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE