**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division**

**KIMBERLEY N. HOLLEY,**

      **Plaintiff,**

v.

                                                                           **Civil Action No.
                                                                          1:06-cv-677-WKW**

**WORLDWIDE ASSET
     PURCHASING, LLC, et al.,**

      **Defendants.**

**STIPULATION OF DISMISSAL**

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-styled action is hereby dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs.

                                          Respectfully submitted,

| | |
|---|---|
| s/ Edward M. Wayland | s/ Neal D. Moore, III |
| Edward M. Wayland, Esq. | Neal D. Moore, III, Esq. |
| AOC # WAY004 | AOC #MOO073 |
| P.O. Box 17 | Jon B. Minchin, Esq. |
| Montgomery, AL   36101 | Leilus Jackson Young, Jr., Esq. |
| (334) 834-9901 | Ferguson, Frost & Dodson, LLP |
| (334) 264-8742 (fax) | 2500 Acton Road, Suite 200 |
| e-mail:  edwayland@yahoo.com | Birmingham, AL   35243 |
| | (205) 879-8722 |
| Counsel for Plaintiff | (205) 873-8831 (fax) |
| Kimberley N. Holley | e-mail:  ndm@ffdlaw.com |
| | |
| | Counsel for Defendants |
| | Worldwide Asset Purchasing, LLC |
| | The Law Offices of Gerald E. Moore, P.C. |
| | Gerald E. Moore |
| | Danielle M. Hill |