IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLEY N. HOLLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0677-WKW |
| ) | |
| WORLDWIDE ASSET ) | |
| PURCHASING, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The parties filed a Joint Stipulation for Dismissal on September 10, 2007 (Doc. # 56). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 12th day of September, 2007.

                                  /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE